# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## TEXARKANA DIVISION

| | |
|---|---|
| STEVEN G. SLADOVNIK, § | |
| and JINA SLADOVNIK, § | |
| § | |
| PLAINTIFFS § | |
| § | |
| v. § | NO. 00-4097 |
| § | |
| JONES BROTHERS CONTRACTORS, INC.§ | |
| JONES BROS., INC., JONES BROTHERS, § | |
| INC., AND JONES BROTHERS § | |
| CONTRACTORS, INC., § | |
| § | |
| DEFENDANTS § | |
| § | |
| v. § | |
| § | |
| EMPLOYERS MUTUAL CASUALTY § | |
| INSURANCE COMPANIES, § | |
| § | |
| INTERVENOR § | |

## ORDER OF DISMISSAL

Having considered the Joint Motion to Dismiss and being of the opinion that it should be granted, it is, therefore, ORDERED that the Plaintiffs, Steven Sladovnik and Jina Sladovnik and the Intervenor, Employers Mutual Casualty Insurance Companies, take nothing by their actions save and accept by way of Compromise Settlement Agreement.

IT IS ALSO ORDERED that this action be dismissed with prejudice with each party responsible for its own court costs.

SIGNED this __17__ day of __July__, 2001.

_____
U.S. DISTRICT JUDGE PRESIDING

U. S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JUL 18 2001

CHRIS R. JOHNSON, Clerk
By: _____ Deputy Clerk

282